| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | |
| In re:<br><br>Judith L Watty-Jones,<br><br>                                             Debtor. | Chapter: 13<br><br>Case No.: 19-22135-JNP<br><br>Hearing Date: June 2, 2020<br><br>Judge: Jerrold N. Poslusny, Jr. |

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, <u>Gavin N. Stewart, Esq.</u>,

    x       am the attorney for: **Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1**

    ☐       am self-represented

    Phone number: **813-371-1231**

    Email address: **gavin@stewartlegalgroup.com**

2. I request an adjournment of the following hearing:

    Matter: **Motion to Vacate the Automatic Stay and Co-Debtor Stay (Doc. No. 41)**

    Current hearing date and time: **June 2, 2020**

    New date requested: **June 30, 2020**

    Reason for adjournment request: **Allow time to possibly resolve the Motion.**

3.     I request an adjournment of confirmation:

      Current confirmation date and time: _____

      New date requested: _____

      Reason for adjournment request: _____

      _____

      Confirmation has been adjourned ___ previous times

      Trustee payments are current through _____

      The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

      **X I have the consent of all parties.**

      ☐ **I do not have the consent of all parties** (explain below):

I certify under penalty of perjury that the foregoing is true.

Date:     May 28, 2020       /s/Gavin N. Stewart
                                      Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment request
must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted       New hearing date: 6/30/2020 at 11:00AM       ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____       ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*