| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | Order Filed on August 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| | Case No.:    19-22135 |
| | Chapter:    13 |
| In Re:<br><br>   Judith L. Watty-Jones | Hearing Date: N/A |
| | Judge:    Jerrold N. Poslusny |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 3, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Judith L. Watty-Jones
Case No.: 19-22135/JNP
Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

    ☒    through the Chapter 13 plan as an administrative priority.

    ☐    outside the plan.

    The debtor's monthly plan is modified to require a payment of $1,014.00 per month for 47 remaining months to allow for payment of the above fee with an amended wage order.