| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* |
| In re:<br>Judith L. Watty-Jones,<br><br>                                                    Debtor. |

Order Filed on February 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 19-22135-JNP

Hearing Date: March 9, 2021

Judge: Jerrold N. Poslusny, Jr.

# CONSENT ORDER RESOLVING CREDITOR'S CERTIFICATION OF DEFAULT

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: February 26, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor: Judith L. Watty-Jones
Case No.: 19-22135-JNP
Caption of Order: **CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 ("Creditor"), whereas the post-petition arrearage amount was $5,824.85, as of February 20, 2021, and whereas the Debtor and Creditor seek to resolve the COD, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **10 Hillcrest Drive, Hopewell, New Jersey 08302**. ("Property") provided that the Debtor complies with the following:

    a. On or before March 5, 2021, the Debtor shall file a modified plan that includes payment in full of the above post-petition arrearage in the amount of $5,824.95, as well as the remaining pre-petition arrearage and all amounts due on the underlying loan; and

    b. In addition to the above, the Debtor shall resume making the regular monthly payments to Creditor as they become due beginning with the March 1, 2021 payment.

2. All payments due hereunder shall be sent directly to Creditor at the following address: **Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111**.

3. The Debtor will be in default under the Consent Order in the event that the Debtor fails to comply with the payment terms and conditions set forth in above Paragraphs and/or if the Debtor fails to make any payment due to Creditor under the Chapter 13 Plan.

    4.     If the Debtor fails to cure the default within thirty (30) days from the date of default, Creditor may submit an order lifting the automatic stay imposed under 11 U.S.C. § 362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

    5.     Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Moshe Rothenberg* | */s/Gavin N. Stewart* |
| Moshe Rothenberg, Esq. | Gavin N. Stewart, Esq. |
| Law Office of Moshe Rothenberg | Stewart Legal Group, P.L. |
| 880 East Elmer Road | 401 East Jackson Street, Suite 2340 |
| Vineland, NJ 08360 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |