Order Filed on March 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
|---|---|
| Moshe Rothenberg, Esq. 880 E. Elmer Road Vineland, New Jersey 08360 Phone: (856) 236-4374 Fax: (856) 405-6769 Attorney for Debtor(s) | |
| | Case No.: 19-22135 |
| | Chapter: 13 |
| In Re: Judith L. Watty-Jones | Hearing Date: N/A |
| | Judge: Jerrold N. Poslusny |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 15, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Judith L. Watty-Jones

Case No.: 19-22135/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Moshe Rothenberg, Esquire, the applicant, is allowed a fee of $400.00 for services rendered and expenses in the amount of $0.00 for a total of $400.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.