Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–22135–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Judith L. Watty–Jones
PO Box 365
Bridgeton, NJ 08302

Social Security No.:
xxx–xx–9481

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           August 31, 2021
Time:           11:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

**77** – Certification in Opposition to (related document:76 Creditor's Certification of Default (related document:60 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005–RP1. Objection deadline is 08/6/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005–RP1) filed by Moshe Rothenberg on behalf of Judith L. Watty–Jones. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.

Dated: August 6, 2021
JAN: eag

Jeanne Naughton
Clerk