Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−22135−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith L. Watty−Jones
   PO Box 365
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−9481

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            August 31, 2021
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*77* − Certification in Opposition to (related document:76 Creditor's Certification of Default (related document:60 Order (Generic)) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005−RP1. Objection deadline is 08/6/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association as Trustee for GSMPS Mortgage Loan Trust 2005−RP1) filed by Moshe Rothenberg on behalf of Judith L. Watty−Jones. (Rothenberg, Moshe)

and transact such other business as may properly come before the meeting.

Dated: August 6, 2021
JAN: eag

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Judith L. Watty-Jones  
    Debtor

Case No. 19-22135-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2  
Date Rcvd: Aug 06, 2021     Form ID: 173     Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judith L. Watty-Jones, PO Box 365, Bridgeton, NJ 08302-0283 |
| cr | + | Specialized Loan Servicing LLC as servicing agent, P.O. Box 340514, Tampa, FL 33694-0514 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021        Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA  National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1 bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Judith L. Watty-Jones moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |

District/off: 0312-1 | User: admin | Page 2 of 2

Date Rcvd: Aug 06, 2021 | Form ID: 173 | Total Noticed: 2

Rebecca Ann Solarz
    on behalf of Creditor HSBC Bank USA  National Association as Trustee for GSMPS Mortgage Loan Trust 2005-RP1
    rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7